## SNELSON v. STATE. (No. 10921.)

Court of Criminal Appeals of Texas. April 27, 1927.

**Criminal law ⚮1090(1)—Where record contains neither statement of facts nor bills of exception, nothing is presented for review, and conviction must be affirmed.**

In prosecution for transporting liquor, nothing is presented for review, and conviction must be affirmed, where record contains neither statement of facts nor bills of exception.

Appeal from District Court, Knox County; J. H. Milan, Judge.

E. L. Snelson, alias Doc Snelson, was convicted of transporting intoxicating liquor, and he appeals. Affirmed.

Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the unlawful transportation of intoxicating liquor; punishment being one year in the penitentiary.

The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for review, and the judgment is affirmed.